UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:08-CR-80-TAV-HBG |
| JEFFERY JAY HUGHETT, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Report and Recommendation (R&R) entered by United States Magistrate Judge H. Bruce Guyton on June 26, 2020 [Doc. 48], regarding plaintiff's pro se motion requesting (1) to be brought "back to Court" to "file [insufficient] counsel" and (2) a judicial recommendation for placement in a halfway house [Doc. 46]. The magistrate judge recommends that the Court deny the motion.

There have been no timely objections filed to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After careful review of the matter, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS** the R&R [Doc. 48] in full pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** that defendant's pro se motion is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE